1  JOHN L. FELLOWS III (SBN 103968)
   City Attorney
2  PATRICK Q. SULLIVAN (SBN 179922)
   Assistant City Attorney
3  DELLA D. THOMPSON-BELL (SBN 224846)
   Deputy City Attorney
4  3031 Torrance Boulevard
   Torrance, California  90503-5059
5  Telephone: (310) 618-5810
   Facsimile:  (310) 618-5813
6  Email: DThompsonBell@TorranceCA.gov

7  **Mildred K. O'Linn, Esq. (State Bar No. 159055)**
   **Tony  M. Sain, Esq. (State BarNo. 251626)**
8  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**
   15th Floor at 801 Tower
9  801 South Figueroa Street Los Angeles CA 90017
   Telephone: (213) 624-6900 Facsimile: (213) 624-6999
10 mko@manningllp.com; tms@manningllp.com

11 Attorneys for Defendant
   CITY OF TORRANCE (erroneously named as
12 two separate parties CITY OF TORRANCE and as TORRANCE POLICE DEPARTMENT)

13

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  **DAVID PERDUE AND LIZZETTE PERDUE**, | CASE NO. .: CV13-4351 (SH) |
| 18          Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| 19      vs. | |
| 20  **CITY OF TORRANCE; TORRANCE POLICE DEPARTMENT; UNKNOWN TORRANCE POLICE OFFICER NO. 1, individually and in her capacity as a Torrance police officer; UKNOWN TORRANCE POLICE OFFICER NO. 2, individually and in his capacity as a Torrance police officer; and DOES 1 THROUGH 10, inclusive,** | |
| 26          Defendants. | |

[80624_1.DOC]

-1-

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Manning & Kass Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant City of Torrance hereby associates Della Thompson-Bell as co-counsel for the City of Torrance in the above-captioned matter. The office address, telephone number, fax number and email address of associated counsel is as follows:

> Della D. Thompson-Bell
> Deputy City Attorney
> 3031 Torrance Blvd.
> Torrance, CA 90503-5059
> Telephone: (310) 618-5810
> Fax: (310) 618-5813
> Email: DThompsonBell@TorranceCA.gov

All notices given or required to be given and all papers served or required to be served in this action should be sent to the Law Offices of Manning & Kass Ellrod, Ramirez, Trester LLP and Della Thompson-Bell.

Dated: July 22, 2013

JOHN L. FELLOWS III
City Attorney

By: /s/
Della Thompson-Bell
Deputy City Attorney
Attorney for Defendants,
CITY OF TORRANCE

Dated: July 22, 2013

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP

By: /s/
Mildred K. O'Linn
Attorney for Defendants
CITY OF TORRANCE