# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CV 13-4351 CBM (RZx) | | Date | May 29, 2014 |
| Title | David Perdue v. City of Torrance | | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | CS 5/29/2014 | None |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Ankur Tarneja | Della D. Thompson |
| Todd D. Thibodo | Mildred K. O'Lionn |
| Robert M. Sheahen | |

**Proceedings:**   **ORDER RE: SETTLEMENT CONFERENCE**

The Court conducted a settlement conference with the parties today.  Case settles.  Parties are ordered to file a notice of settlement with a proposed date by which the matter will be dismissed.

|  | 3 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | vm | |