1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
   Angela M. Powell, Esq. (State Bar No. 191876)
2  MANNING & KASS
   ELLROD, RAMIREZ, TRESTER LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile: (213) 624-6999
   mko@manningllp.com; amp@manningllp.com
6
   John L. Fellows, III, City Attorney
7  Patrick Q. Sullivan, Asst. City Attorney
   Della D. Thompson-Bell, Dep. City Attorney
8  3031 Torrance Boulevard
   Torrance, CA 90503
9  Telephone: (310) 618-2745
   Facsimile: (310) 618-5813
10 DthompsonBell@TorranceCA.gov

11 Attorneys for Defendant
   CITY OF TORRANCE (erroneously named as
12 two separate parties CITY OF TORRANCE and as
   TORRANCE POLICE DEPARTMENT) and TORRANCE
13 POLICE OFFICERS BRIAN McGEE and ERIN SOOPER

14

15                **UNITED STATES DISTRICT COURT**

16                **CENTRAL DISTRICT OF CALIFORNIA**

17

18 DAVID PERDUE and LIZZETTE          )  Case No.:  CV 13-04351 CBM(RZx)
   PERDUE,                            )
19                                    )  [Hon. Consuelo B. Marshall, District
                    Plaintiffs,       )  Judge; Hon. Ralph Zarefsky,
20                                    )  Magistrate Judge]
   vs.                                )
21                                    )
   CITY OF TORRANCE; TORRANCE         )  **NOTICE OF SETTLEMENT**
22 POLICE DEPARTMENT; BRIAN           )
   McGEE, individually and in his capacity )
23 as a Torrance police officer; ERIN )
   SOOPER, individually and in her    )
24 capacity as a Torrance police officer; and )
   DOES 1 THROUGH 10, inclusive,      )
25                                    )
                    Defendants.       )
26 _____    )  *Complaint Filed: 06/17/13*
                                         *Trial Date: 08/12/14*
27

28

1    NOTICE IS HEREBY GIVEN in accordance with L.R. 16-15.7 that plaintiffs, DAVID PERDUE and LIZZETTE PERDUE, and defendants CITY OF TORRANCE (erroneously named as two separate parties CITY OF TORRANCE and as TORRANCE POLICE DEPARTMENT) and TORRANCE POLICE OFFICERS BRIAN McGEE and ERIN SOOPER have entered into a settlement in the above-referenced matter.  Plaintiffs have agreed to dismiss the individual defendants with prejudice for a mutual waiver of costs and fees.  Furthermore, the remaining parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice within 90 days pursuant to the settlement of this matter.

It is respectfully requested that the Court vacate all hearing dates in this matter and set an Order to Show Cause Re: Dismissal allowing time for the parties to

execute a release and file the Stipulation for Dismissal.

Dated:   June 2, 2014     **LAW OFFICES OF TODD D. THIBODO**

By: */s/ Todd S. Thibodo*
　　Todd D. Thibodo, Esq.
　　Ankur Tarneja, Esq.
Attorneys for Plaintiffs

Dated:   June 2, 2014     By: */s/ Robert M. Sheahen*

　　Robert M. Sheahen
　　Kelly S. Gerner
Attorneys for Plaintiffs,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

Dated:   June 2, 2014     By: */s/ Mildred K. O'Linn*
　　Mildred K. O'Linn, Esq.
　　Angela M. Powell, Esq.
Attorneys for Defendants,

JOHN L. FELLOWS, III
PATRICK Q. SULLIVAN
DELLA D. THOMPSON-BELL

Dated: June 2, 2014     By: */s/ Della D. Thompson-Bell*
　　Della D. Thompson-Bell, Esq.
Attorneys for Defendants