| | |
|---|---|
| 1 | TODD D. THIBODO (State Bar No. 171655) todd@thibodo.com |
| | ANKUR TARNEJA (State Bar No. 262593) ankur@thibodo.com |
| 2 | LAW OFFICES OF TODD D. THIBODO |
| | A PROFESSIONAL CORPORATION |
| 3 | 16133 Ventura Boulevard, Suite 580 |
| | Encino, California 91436 |
| 4 | Tel:  (818) 907-5769 |
| | Fax:  (818) 907-5793 |
| 5 | |
| 6 | ROBERT SHEAHEN (State Bar no. 056396) robertsheahen@robertsheahen.com |
| | KELLY S. GERNER (State Bar no. 262994) kellysgerner@gmail.com |
| 7 | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, California 90071 |
| 8 | Tel: (213) 943-1380 |
| 9 | Attorneys for Plaintiffs |
| | DAVID PERDUE and LIZZETTE PERDUE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERDUE and LIZZETTE PERDUE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF TORRANCE, et al.,<br><br>　　　　　Defendants. | CASE NO. CV 13-4351 CBM (RZx)<br><br>**Assigned to:** The Hon. Consuelo B. Marshall<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO CLAIMS OF PLAINTIFFS AGAINST ALL DEFENDANTS<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between plaintiffs David Perdue and Lizzette Perdue (collectively "Plaintiffs") and defendants City of Torrance, Torrance Police Department, Brian McGee, and Erin Sooper (collectively "Defendants") by and through their respective attorneys of record that Defendants be dismissed with prejudice from this action by Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY FURTHER STIPULATED, by and between Plaintiffs and the Defendants, that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between the parties.

It is further agreed by and between the parties that this stipulation may be signed in counterparts and that a facsimile or electronic signature will be as valid as an original signature.

**IT IS SO STIPULATED.**

DATED:  July 18, 2014

TODD D. THIBODO
ANKUR TARNEJA
LAW OFFICES OF TODD D. THIBODO
A PROFESSIONAL CORPORATION

ROBERT SHEAHEN
KELLY S. GERNER

By:  /s/ *Todd D. Thibodo*
TODD D. THIBODO

Attorneys for Plaintiffs

DATED:  July 18, 2014

MILDRED K. O'LINN
ANGELA POWELL
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:  /s/ *Mildred K. O'Linn*
MILDRED K. O'LINN

Attorneys for Defendants

DATED:  July 18, 2014

JOHN L. FELLOWS, III
PATRICK Q. SULLIVAN
DELLA D. THOMPSON-BELL

By:  /s/ *Della Thompson-Bell*
DELLA D. THOMPSON-BELL

Attorneys for Defendants