TODD D. THIBODO (State Bar No. 171655) todd@thibodo.com
ANKUR TARNEJA (State Bar No. 262593) ankur@thibodo.com
LAW OFFICES OF TODD D. THIBODO
A PROFESSIONAL CORPORATION
16133 Ventura Boulevard, Suite 580
Encino, California 91436
Tel: (818) 907-5769
Fax: (818) 907-5793

ROBERT SHEAHEN (State Bar no. 056396) robertsheahen@robertsheahen.com
KELLY S. GERNER (State Bar no. 262994) kellysgerner@gmail.com
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Tel: (213) 943-1380

Attorneys for Plaintiffs
DAVID PERDUE and LIZZETTE PERDUE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERDUE and LIZZETTE PERDUE,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TORRANCE, et al.,<br><br>Defendants. | CASE NO. CV 13-4351 CBM (RZx)<br><br>**Assigned to:** The Hon. Consuelo B. Marshall<br><br>[~~PROPOSED~~] ORDER UPON STIPULATION TO DISMISS ALL DEFENDANTS WITH PREJUDICE<br><br>[Stipulation Filed Concurrently Herewith] |

## JS-6

The Court, having considered the Stipulation by all parties, through their respective counsel of record, orders the following:

1. Defendants City of Torrance, Torrance Police Department, Brian McGee, and Erin Sooper shall be dismissed with prejudice from this action by plaintiffs David Perdue and Lizzette Perdue.

---

[~~PROPOSED~~] ORDER UPON STIPULATION TO DISMISS ALL DEFENDANTS

2. This dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between the parties.

**IT IS SO ORDERED.**

DATED: July 25, 2014

_____
Hon. Consuelo B. Marshall
United States District Judge

[PROPOSED] ORDER UPON STIPULATION TO DISMISS ALL DEFENDANTS